**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STUSSY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 26-cv-02870 |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Stussy, Inc. ("Plaintiff" or "Stussy") hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1.      Names and Addresses of Litigants:

Stussy, Inc.
17426 Daimler Street
Irvine, California, 92614
United States

The Partnerships and Unincorporated Associations Identified on Schedule "A"
Addresses Unknown

2.      U.S. Registration upon which suit has been brought:

| Registration No. | Trademark |
|---|---|
| 2,232,002 <br> 2,370,710 <br> 2,176,426 <br> 3,359,114 <br> 3,112,126 <br> 4,494,955 | STUSSY |

| Registration No. | Trademark |
|---|---|
| 2,504,298 | |
| 2,060,941<br>2,393,339<br>3,334,366<br>2,408,329<br>2,395,545 | |
| 5,564,336<br>5,564,335<br>2,357,804<br>5,564,337 | |
| 2,357,805<br>1,449,390 | |
| 2,225,736<br>3,426,173<br>2,399,916<br>2,343,524 | |

| Registration No. | Trademark |
|---|---|
| 3,618,692 | |
| 3,752,265<br>5,256,784 | |
| 6,885,821<br>7,115,443<br>5,291,490 | |

Dated this 13th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Stussy, Inc.*