# **Exhibit A**

| | |
|---|---|
| Kate Yu | 1149933796@qq.com |
| RISPEDAL HOME | 13266547315@163.com |
| Fay_apo_s Warehouse | 15828538167@163.com |
| A1ILDRDTFXBA1 | 17739172775@163.com |
| A2XINW0FRBABC8 | 1871776381@qq.com |
| B rendPuls B | 3153376412@qq.com |
| Qingxuan Fashion | 574319107@qq.com |
| zongjunwangluo | 707471598@qq.com |
| luxiangkeji | amluxiang@163.com |
| WEIDONGY | buov782@163.com |
| chaling yingyi | chalingxianyinyimaoyi@hotmail.com |
| Jiudy Jewelry Design Studio | chenxi870210@foxmail.com |
| Yardly brand flagship store | chenxiaofang654s@outlook.com |
| greateshop | chinabikesupply@yeah.net |
| Chophin-US | cronfowl@outlook.com |
| sinks | dhomeslyts@outlook.com |
| Jiadiru-US | hejiadier@outlook.com |
| Hljlj-US | hljlj68@163.com |
| huanwin2023 | huanwin2023@hotmail.com |
| Jackcsale | jackcsale@126.com |
| jingzhizhuzhu | jingzhizhuzhu97@163.com |
| TuoJiang | l13341117508@163.com |
| Latina.u | latina-eu@hotmail.com |
| cui xiao min | lessermichalski1679@hotmail.com |
| Luxixiry | liluxue99@hotmail.com |
| WangHua Liu--US | liuwanghua2023@163.com |
| LIPENGYU | lpy94911357@163.com |
| Sancolic | luonghn0410@gmail.com |
| FCZMJJT | luopeng12025@163.com |
| SeptemberQi-US | peterlee0820@163.com |
| Lvliang shi lishiqumiao | qumiaobaishanghang@163.com |
| HMTRADE | s13163742471@outlook.com |
| NIOKIT | sallymz@outlook.com |
| SkylineLiving | snseneeq0102@outlook.com |
| Luminous Tresses HB | suihe01@iliketk.com |
| Dark Current | superstore110@163.com |
| Miiciuib | wangyangbo99@hotmail.com |
| Jiibva Store | xmxf_2023@163.com |
| ZergStore | zergstore@outlook.com |
| zhouwentao SHOP | zhouwentao20251222@outlook.com |

| | |
|---|---|
| Dripykiaa | zsyy110@outlook.com |
| | jeffrey.liu@usatro.com |
| | Lucy-Tro@outlook.com |
| | catherine.lyu@lyulawpllc.com;<br>wanglyulaw@gmail.com;<br>liangzhiyu@anjielaw.com |