**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STUSSY, INC., | |
| Plaintiff, | Case No. 26-cv-02870 |
| v. | **Chief Judge Virginia M. Kendall** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Daniel P. McLaughlin** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stussy, Inc.

("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Dripykiaa | 6 |
| HMTRADE | 9 |
| zhouwentao SHOP | 29 |

Dated this 7th day of May 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Stussy, Inc.*

2